for failure to prosecute in accordance with the rules.

Rita R. DOZE, Petitioner,

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 01–3262.

United States Court of Appeals, Federal Circuit.

March 11, 2002.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**RAMBUS INC., Plaintiff–Appellant,**

v.

**INFINEON TECHNOLOGIES AG, Infineon Technologies North America Corp., and Infineon Technologies Holding North America Inc., Defendants–Cross Appellants.**

No. 01–1449, 01–1583, 01–1604, 01–1641, 02–1174, 02–1192.

United States Court of Appeals, Federal Circuit.

March 12, 2002.

Order Vacated, See 2002 WL 554344.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.